# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | | |
|---|---|---|---|
| **DATE:** | 4/24/2025 | **CASE NUMBER:** | **4:21cr300(35)** |
| **LOCATION:** | Plano, TX | USA | |
| **JUDGE:** | Sean D. Jordan | **Heather Rattan** | Assigned |
| **DEP.CLERK:** | Bonnie Sanford | **Heather Rattan** | Appeared |
| **REPORTER:** | Gayle Wear | V. | |
| **USPO:** | Stephanie Sutton | **ANGELO VALENTINO BRITO** | |
| **INTERP:** | Not Required | Defendant | |
| | | **Cody Skipper for Billy Stovall** | |
| | | Defense Attorney | |

**Begin**: 1:34 pm    **Adjourn**: 1:50 pm

### SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 180 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

The court recommends drug treatment while incarcerated.
The court recommends FCI Beaumont, TX.

Govt motion to dismiss remaining counts granted.

Defendant remanded to the U.S. Marshal.

X . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.